1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES HEDRICK,

11              Plaintiff,                    No. CIV S-05-1696 DFL GGH P

12        vs.

13   SAN JOAQUIN COUNTY, et al.,

14              Defendants.            ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff did not file an in forma pauperis affidavit or pay the filing fee.  On

18   October 4, 2005, the court granted plaintiff thirty days to either pay the filing fee or submit an in

19   forma pauperis affidavit. The court also directed the Clerk of the Court to send plaintiff an in

20   forma pauperis affidavit.

21              On October 24, 2005, plaintiff submitted an in forma pauperis affidavit.  This

22   request is not made on the form sent to plaintiff by the Clerk.  The court cannot determine

23   whether plaintiff qualifies for in forma pauperis status because he did not complete the proper

24   form.

25   /////

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff is granted thirty days from the date of this order to submit an

3   application to proceed in forma pauperis on the form sent to him by the Clerk of the Court;

4   failure to comply with this order will result in a recommendation of dismissal of this action;

5        2.  The Clerk of the Court is directed to send plaintiff the form for an in forma

6   pauperis application by a prisoner.

7   DATED: 11/18/05

8
                                        /s/ Gregory G. Hollows
9
                                        _____
10                                      GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE
11  ggh:kj
    he1696.ifp
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                           2