IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HEDRICK,

      Plaintiff,                    No. CIV S-05-1696 DFL GGH P

   vs.

SAN JOAQUIN COUNTY, et al.,

      Defendants.              ORDER

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed February 2, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, five USM-285 forms and six copies of his complaint which are required to effect service on the defendants. On March 2, 2006, plaintiff submitted the five USM-285 forms but failed to file the six copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on August 22, 2005; and

/////

/////

1

1        2. Within thirty days, plaintiff shall submit to the court the six copies of the
2  complaint required to effect service.  Failure to return the copies within the specified time period
3  will result in a recommendation that this action be dismissed.
4  DATED: 3/13/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hedr1696.8f