IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES HEDRICK,

    Plaintiff,                No. CIV S-05-1696 DFL GGH P

    vs.

SAN JOAQUIN COUNTY, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 14, 2006, plaintiff filed a request for entry of default pursuant to Fed. R. Civ. P. 55. Because plaintiff has provided no evidence demonstrating when defendants were served, the request for default is not well supported.[1]

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 14, 2006, request for entry of default is denied.

DATED: 8/2/06

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

he1696.def

---

[1] On June 26, 2006, defendants filed a timely motion to dismiss.

1